IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR JAVIER CASILLAS JR.,<br><br>Defendant. | 8:24–CR–20<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

    This matter is before the Court on the Government's Motion for Preliminary Order of Forfeiture. Filing 17. Having reviewed the record in this case and being duly advised in the premises, the Court finds as follows:

    1. On February 7, 2024, Defendant Victor Javier Casillas, Jr., and the Government entered into a plea agreement which provided that the Defendant would plead guilty to Count I of the Information. Filing 15 at 1. Count I charges the Defendant with conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 846. Filing 6 at 1.

    2. The Defendant further agreed to admit to the Forfeiture Allegation in the Information. Filing 15 at 1. The Forfeiture Allegation provides that the property to be forfeited includes, "$12,870 United States currency seized from VICTOR CASILLAS JR. on or about April 24, 2023." Filing 6 at 2. The Forfeiture Allegation sought forfeiture of this currency on the basis that it constituted or was derived from proceeds obtained, directly or indirectly, as the result of the offense alleged in Count I of the Information, or to facilitate the commission of this offense. Filing 6 at 2.

1

3. On February 7, 2024, the Defendant appeared before a United States Magistrate Judge and entered his plea of guilty to Count I of the Information. Filing 18. During this hearing, the Defendant admitted to the Forfeiture Allegation as well. Filing 18 at 2, 14, 25. After conducting a *de novo* review of the matter, the Court accepted the Defendant's guilty plea.

4. By virtue of the Defendant's plea of guilty and his admissions at the hearing before the Magistrate Judge on February 7, 2024, the Defendant has forfeited his interest in the "$12,870 United States currency seized from VICTOR CASILLAS JR. on or about April 24, 2023." Filing 6 at 2. This property is forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1). The $12,870 in United States currency is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 18th day of March, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge