IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:24–CR–20 |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| VICTOR JAVIER CASILLAS JR., | |
| Defendant. | |

This matter is before the Court on the Government's Motion for a Final Order of Forfeiture. Filing 30. Having reviewed the record in this case, the Court finds as follows:

1. On March 18, 2024, the Court entered a Preliminary Order of Forfeiture, forfeiting Defendant Victor Javier Casillas Jr.'s interest in $12,870.00 in United States currency. Filing 20.

2. On May 20, 2024, the Government filed its Motion for Final Order of Forfeiture. Filing 30. In this Motion, the Government notes that law enforcement later realized the correct amount was $12,820.00—not $12,870.00. Filing 30 at 1. The Government suggests this discrepancy may have been "caused by an error in hand counting or counterfeit bills." Filing 30 at 1.

3. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 20, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on May 20, 2024. Filing 29. In this Declaration of Publication, the Government posted the corrected amount of $12,820.00. Filing 29-1 at 1.

1

4. The Government has advised the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

5. The Government's Motion for Final Order of Forfeiture, Filing 30, should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 30, is granted;
2. All right, title and interest in and to the $12,820.00 seized from the Defendant on or about April 23, 2023, held by any person or entity are forever barred and foreclosed;
3. The $12,820.00 in United States currency is forfeited to the Government; and
4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 5th day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2